Argued and submitted November 25, reversed and remanded for reconsideration of attorney fees December 18, 1991

In the Matter of the Compensation of
Euzella Smith, Claimant.

Euzella SMITH,
*Petitioner,*

*v.*

HAZELWOOD FARMS BAKERY,
*Respondent.*

(90-06401; CA A70045)

821 P2d 448

Max Rae, Salem, argued the cause and filed the brief for petitioner.

No appearance for respondent.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Reversed and remanded for reconsideration of attorney fees in light of *Jones v. OSCI,* 108 Or App 230, 814 P2d 558 (1991), and *Barney's Karts, Inc. v. Vance,* 110 Or App 62, 821 P2d 422 (1991).